No. 761. MAGEE *v.* UNITED STATES. May 19, 1930. The petition for a writ of certiorari in this case is granted, limited to the question of the effect and validity of § 611, Revenue Act, 1928. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Thacher, Assistant Attorney*

714

*General Rugg, Messrs. Claude R. Branch* and *Lisle A. Smith* for the United States.